PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

RECEIVED
USDC, CLERK, CHARLESTON, SC

# UNITED STATES DISTRICT COURT

2012 NOV 27 A 9 11

FOR THE

District of South Carolina

UNITED STATES OF AMERICA

v.

Leon Weeks

Crim. No. 4:00CR00740-01

On _____01/16/2002_____ the above named was placed on probation/supervised release for a period of __5__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_Steven Floyd_
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __26th__ day of __Nov__, __2012__.

_C. Weston Houck_
United States District Judge